SEDGWICK, DETERT, MORAN & ARNOLD LLP
JULIA A. MOLANDER  (Bar No. 83839)
SIGRID IRÍAS  (Bar No. 129319)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone:  (415) 781-7900
Facsimile:   (415) 781-2635

Attorneys for Plaintiff and Cross-Defendant
GREAT WEST CASUALTY COMPANY

CITRON & CITRON
THOMAS CITRON  (Bar No. 182142)
KATHERINE TATIKIAN  (Bar No. 142665)
3420 Ocean Park Boulevard, Suite 3030
Santa Monica, CA 90405
Telephone:  (310) 450-6695
Facsimile:  (310) 450-3851

Attorneys For Defendant and Counter-Claimant
CARLOS GONZÁLEZ

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT WEST CASUALTY CO., <br><br> Plaintiff, <br><br> v. <br><br> OSCAR O. JIMÉNEZ, et al., <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM. | CASE NO. 09-7877-GW <br><br> **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1   IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff/counter-
2   defendant Great West Casualty Company and defendant/counterclaimant Carlos González,
3   through their respective attorneys of record herein, that this entire action, including the
4   complaint and the counter-claim, shall be DISMISSED WITH PREJUDICE as to all parties,
5   each party to bear his or its own attorneys' fees and costs.
6   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

**S**EDGWICK, **D**ETERT, **M**ORAN & **A**RNOLD **LLP**

DATED:_____          _____
                                                               SIGRID IRIAS
                                                        Attorneys for Defendant

**C**ITRON & **C**ITRON

DATED: _____          _____
                                                           THOMAS H. CITRON
                                            Attorneys for Defendant and Counter-claimant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 13, 2011          _____
                                                    HONORABLE GEORGE H. WU
                                                    United States District Judge